UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| In re: | § | Case No. 07-04873 |
|---|---|---|
| HALPER, JULIE A | § | |
| | § | |
| Debtors | § | |
| | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Robert B. Katz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 24,046.77 |
| and approved disbursements of | $ | 10,287.68 |
| leaving a balance of | $ | 13,759.09 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: Robert B. Katz | $ 3,154.68 | $ 4.84 |
| Attorney for trustee: Ira P. Goldberg | $ 3,409.19 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: Popowcer Katten, LTD. | $ 1,829.00 | $ 0.00 |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |

UST Form 101-7-NFR (4/1/2009) (Page: 1)

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Fees: | | $ | $ |
| Other: | | $ | $ |
| Other: | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $ | $ |
| Attorney for: | | $ | $ |
| Accountant for: | | $ | $ |
| Appraiser for: | | $ | $ |
| Other: | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 21,055.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 25.5 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Roundup Funding, LLC | $ 4,428.11 | $ 1,127.51 |
| 000002 | Roundup Funding, LLC | $ 9,700.00 | $ 2,469.87 |
| 000003 | American Express Centurion Bank | $ 6,927.81 | $ 1,764.00 |

Late filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 09/24/2009 in Courtroom 619, United States Courthouse

219 S. Dearborn St.
Chicago IL, 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date: 08/05/2009             By:/s/Robert B. Katz
                                 Trustee

*Robert B. Katz*
*53 West Jackson Boulevard, Suite 1320, Chicago, IL 60604*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: pseamann              Page 1 of 1                   Date Rcvd: Aug 20, 2009
Case: 07-04873                 Form ID: pdf006             Total Noticed: 40

The following entities were noticed by first class mail on Aug 22, 2009.
db           +Julie A Halper,    9535 S. 90th Avenue,    Palos Hills, IL 60465-1004
aty          +Dimonte & Lizak,    Dimonte & Lizak,    216 W Higgins Road,    Park Ridge, IL 60068-5706
aty          +Edwin L Feld,    Feld & Korrub, LLC,    29 South LaSalle Street Suite 328,    Chicago, IL 60603-1553
aty          +Ira P Goldberg,    DiMonte & Lizak, LLC,    216 Higgins Road,    Park Ridge, IL 60068-5706
tr           +Robert B Katz, ESQ,    Law Offices Of Robert B Katz,    53 West Jackson Blvd,    Suite 1320,
               Chicago, IL 60604-4174
11247768     +Academy Collection Service,    10965 Decatur Rd,    Philadelphia, PA 19154-3294
11247769     +American Express,    PO Box 360002,    Ft Lauderdale, FL 33336-0002
13005846      American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
11247771     +BOA MBNA,    PO Box 17054,    Wilmington, DE 19850-7054
11247770     +Bank One,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11247772     +Capital Financial,    PO Box 127,    Suwanee, GA 30024-0127
11247774     +Capital One,    PO Box 60000,    Seattle, WA 98190-6000
11247773     +Capital One,    PO Box 85015,    Richmond, VA 23285-5015
11247775      Carson Pirie Scott,    PO Box 17633,    Baltimore, MD 21297-1633
11247776     +Chase Bank USA,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11247778     +Citibank,    Box 6000,    The Lakes, NV 89163-0001
11247779     +Collect America,    1999 Broadway,    Suite 3850,    Denver, CO 80202-5703
11247781     +ECast,    PO Box 1170,    Fairfax, VA 22038-1170
11247787     +FMA Alliance,    PO Box 2409,    Houston, TX 77252-2409
11247782     +Financial Asset Mgmt Systems,    PO Box 926050,    Norcross, GA 30010-6050
11247784     +First American Investment,    2805 Wehrle Dr, S-11,    Buffalo, NY 14221-7382
11247785     +First Visa Conv,    c/o Unifund,    11802 Conrey Rd,    Cincinnati, OH 45249-1074
11247786     +Fleet Credit Card Service,    PO Box 1001,    Horsham, PA 19044-8001
11247788     +HSBC Card Services,    PO Box 17051,    Baltimore, MD 21297-1051
11247789     +John Frye, atty,    PO Box 13665,    Roanoke, VA 24036-3665
11247790     +Justice of Peace/Lasalle Cty, TX,    101 Courthouse Square,    Cotulla, TX 78014-2263
11247791     +Lori Ecker, PC,    180 N Lasaale St,    Chicago, IL 60601-2501
11247794     +MBNA America,    PO Box 15021,    Wilmington, DE 19850-5021
11247793      MBNA America,    PO Box 15026,    Wilmington, DE 19850-5026
11247792     +Maryland National Bank,    c/o Daniels and Norelli,    265 Post Ave, S-150,
               Westbury, NY 11590-2233
11247796     +National Asset Management,    PO Box 723367,    Atlanta, GA 31139-0367
11247797     +Paragon Way,    2101 W Ben White Blvd,    Austin, TX 78704-7516
11247798     +PerdueBrandon et al,    6300 lacalma Dr, Suite 450,    Austin, TX 78752-3834
11247800     +TxCollect,    PO Box 42829,    Austin, TX 78704-0044
11247801     +Wichman Reporting Service,    Gonzalez & Wichert,    5975 Cattleman,    Sarasota, FL 34232-6200
The following entities were noticed by electronic transmission on Aug 20, 2009.
11247777     +Fax: 602-221-4614 Aug 20 2009 23:52:34     Chase Manhattan Bank,    Bankruptcy Dept,
               900 Stewart Ave P. O. Box 5140,    Garden City, NY 11530-4855
11247780      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 21 2009 00:27:21     Discover,    PO Box 30395,
               Salt Lake City, UT 84130
11247795     +E-mail/PDF: gecsedi@recoverycorp.com Aug 21 2009 00:21:28     Menard,    PO 8066,
               Eau Claire, WI 54702-8066
11247799     +E-mail/Text: ebn@phinsolutions.com                            Plaza Associates,    PO Box 18008,
               Hauppauge, NY 11788-8808
12923200      E-mail/PDF: BNCEmails@blinellc.com Aug 21 2009 00:21:27     Roundup Funding, LLC,    MS 550,
               PO Box 91121,    Seattle, WA 98111-9221
                                                                                               TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Margherita M Albarello
11247783      First
                                                                                               TOTALS: 2, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Aug 22, 2009**                **Signature:** *Joseph Speetjens*