UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
HALPER, JULIE A § Case No. 07-04873
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Robert B. Katz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/Robert B. Katz_____
                                                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERT B. KATZ | | | | | |
| ROBERT B. KATZ | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| IRA P. GOLDBERG | | | | | |
| IRA P. GOLDBERG | | | | | |
| POPOWCER KATTEN, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| AMERICAN EXPRESS CENTURION BANK | | | | | |
| ROUNDUP FUNDING, LLC | | | | | |
| ROUNDUP FUNDING, LLC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | |                                           | | |
|---|---|---|---|---|
| Case No: | 07-04873 JPC Judge: JACQUELINE P. COX | | Trustee Name: | Robert B. Katz |
| Case Name: | HALPER, JULIE A | | Date Filed (f) or Converted (c): | 03/20/07 (f) |
| | | | 341(a) Meeting Date: | 04/19/07 |
| For Period Ending: | 12/30/09 | | Claims Bar Date: | 02/23/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. TCF BANK | 100.00 | 0.00 | | 0.00 | FA |
| 2. FURNISHINGS | 2,000.00 | 0.00 | | 0.00 | FA |
| 3. CLOTHING | 200.00 | 0.00 | | 0.00 | FA |
| 4. WORKER COMPENSATION CLAIM - ATTORNEY ROBERT SCHLEM | Unknown | 0.00 | | 0.00 | FA |
| 5. POSSIBLE CLAIM FOR WRONGFUL TERMINATION AGAINST CO (u) | Unknown | 24,000.00 | | 24,043.75 | FA |
| 6. 2000 TOYOTA TUNDRA JOINTLY OWNED - 103,000 MILES ( | 5,000.00 | 0.00 | | 0.00 | FA |
| 7. HORSE | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. Post-Petition Interest Deposits (u) | Unknown | N/A | | 3.63 | Unknown |
| TOTALS (Excluding Unknown Values) | $9,300.00 | $24,000.00 | | $24,047.38 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Attorney for Trustee settled claim for wrongful termination by prior employer. Trustee awaits expiration of claim
filing period on 2/23/09, to consider any objections to claims.

Initial Projected Date of Final Report (TFR): 12/31/09   Current Projected Date of Final Report (TFR): 12/31/09

LFORM1
**UST Form 101-7-TDR (9/1/2009)** *(Page: 6)*

Ver: 15.05a

FORM 2

Page: 1
Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 07-04873 -JPC | | Trustee Name: | Robert B. Katz |
| Case Name: | HALPER, JULIE A | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1830 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2249 | | | |
| For Period Ending: | 12/30/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/20/08 | 5 | Coca-Cola Enterprises Inc. 521 Lake Kathy Drive Brandon, FL 33510 | Settlement of WT claim. | 1149-000 | 11,543.75 | | 11,543.75 |
| 11/20/08 | 5 | Coca Cola Enterprises Inc. 521 Lake Kathy Drive Brandon, FL 33510 | Settlement of WT claim. | 1149-000 | 12,500.00 | | 24,043.75 |
| 11/28/08 | 8 | BANK OF AMERICA | Interest Rate 0.100 | 1270-000 | 0.45 | | 24,044.20 |
| 12/03/08 | 000101 | Ira P. Goldberg DiMonte & Lizak, LLC 216 West Higgins Road Park Ridge, IL 60068 | ATTORNEY FEES PER COURT ORDER 11/06/08 | | | 10,127.66 | 13,916.54 |
| | | | Fees 10,000.00 | 3210-000 | | | 13,916.54 |
| | | | Expenses 127.66 | 3220-000 | | | 13,916.54 |
| 12/31/08 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.89 | | 13,917.43 |
| 01/30/09 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,917.54 |
| 02/04/09 | 000102 | International Sureties Suite 420 701 Poydras St. New Orleans, LA 70139 | BLANKET BOND DISBURSEMENT | 2300-000 | | 11.02 | 13,906.52 |
| 02/27/09 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.11 | | 13,906.63 |
| 03/31/09 | 8 | BANK OF AMERICA | Interest Rate 0.010 | 1270-000 | 0.12 | | 13,906.75 |
| 04/30/09 | 8 | BANK OF AMERICA | Interest Rate 0.030 | 1270-000 | 0.30 | | 13,907.05 |
| * 05/26/09 | 000103 | ILLINOIS DEPARTMENT OF REVENUE Bankruptcy Section Level 7-425 100 West Randolph Street Chicago, IL 60606 | State Income Tax For the year ending 12/31/2008. | 2820-004 | | 149.00 | 13,758.05 |
| * 05/26/09 | 000103 | ILLINOIS DEPARTMENT OF REVENUE | Stop Payment Reversal | 2820-004 | | -149.00 | 13,907.05 |

Page Subtotals 24,045.73 10,138.68

Ver: 15.05a

LFORM24
**UST Form 101-7-TDR (9/1/2009)** *(Page: 7)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-04873 -JPC | | Trustee Name: | Robert B. Katz |
|---|---|---|---|---|
| Case Name: | HALPER, JULIE A | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1830  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******2249 | | | |
| For Period Ending: | 12/30/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Bankruptcy Section<br>Level 7-425<br>100 West Randolph Street<br>Chicago, IL 60606 | STOP PAY ADD SUCCESSFUL | | | | |
| 05/26/09 | 000104 | Illinois Department of Revenue<br>P.O. Box 19009<br>Springfield, IL 62794-9009 | State Income Tax<br>For the year ending 12/31/2008. | 2820-000 | | 149.00 | 13,758.05 |
| 05/29/09 | 8 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.35 | | 13,758.40 |
| 06/30/09 | 8 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.34 | | 13,758.74 |
| 07/31/09 | 8 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.35 | | 13,759.09 |
| 08/31/09 | 8 | BANK OF AMERICA | Interest Rate  0.030 | 1270-000 | 0.35 | | 13,759.44 |
| 09/24/09 | 8 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 0.26 | | 13,759.70 |
| 09/24/09 | | Transfer to Acct #*******1911 | Final Posting Transfer | 9999-000 | | 13,759.70 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 24,047.38 | 24,047.38 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 13,759.70 | |
| Subtotal | 24,047.38 | 10,287.68 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 24,047.38 | 10,287.68 | |

Page Subtotals         1.65         13,908.70

Ver: 15.05a

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 8)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3

Exhibit 9

| Case No: | 07-04873 -JPC | | Trustee Name: | Robert B. Katz |
|---|---|---|---|---|
| Case Name: | HALPER, JULIE A | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1911 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2249 | | | |
| For Period Ending: | 12/30/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/24/09 | | Transfer from Acct #*******1830 | Transfer In From MMA Account | 9999-000 | 13,759.70 | | 13,759.70 |
| 09/24/09 | 000101 | ROBERT B. KATZ<br>223 West Jackson Boulevard<br>Suite 1010<br>Chicago, IL 60606 | Chapter 7 Compensation/Fees | 2100-000 | | 3,154.68 | 10,605.02 |
| 09/24/09 | 000102 | ROBERT B. KATZ<br>223 West Jackson Boulevard<br>Suite 1010<br>Chicago, IL 60606 | Chapter 7 Expenses | 2200-000 | | 4.84 | 10,600.18 |
| 09/24/09 | 000103 | Popowcer Katten, LTD.<br>35 East Wacker Drive<br>Suite 1550<br>Chicago, IL 60601 | ACCOUNTANT FEES | 3410-000 | | 1,829.00 | 8,771.18 |
| 09/24/09 | 000104 | Ira P. Goldberg<br>DiMonte & Lizak, LLC<br>216 West Higgins Road<br>Park Ridge, IL 60068 | Claim 000004, Payment 25.18451% | 3210-000 | | 3,409.19 | 5,361.99 |
| 09/24/09 | 000105 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000001, Payment 25.46549% | 7100-000 | | 1,127.64 | 4,234.35 |
| 09/24/09 | 000106 | Roundup Funding, LLC<br>MS 550<br>PO Box 91121<br>Seattle, WA 98111-9221 | Claim 000002, Payment 25.46546% | 7100-000 | | 2,470.15 | 1,764.20 |
| 09/24/09 | 000107 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Claim 000003, Payment 25.46548% | 7100-000 | | 1,764.20 | 0.00 |
| | | | Page Subtotals | | 13,759.70 | 13,759.70 | |

Ver: 15.05a

LFORM24

**UST Form 101-7-TDR (9/1/2009)** *(Page: 9)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 07-04873 -JPC | | Trustee Name: | Robert B. Katz |
|---|---|---|---|---|
| Case Name: | HALPER, JULIE A | | Bank Name: | BANK OF AMERICA |
| | | | Account Number / CD #: | *******1911 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******2249 | | | |
| For Period Ending: | 12/30/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 13,759.70 | 13,759.70 | 0.00 |
| Less: Bank Transfers/CD's | 13,759.70 | 0.00 | |
| Subtotal | 0.00 | 13,759.70 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 13,759.70 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - ********1830 | 24,047.38 | 10,287.68 | 0.00 |
| Checking Account (Non-Interest Earn - ********1911 | 0.00 | 13,759.70 | 0.00 |
| | 24,047.38 | 24,047.38 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals         0.00        0.00

Ver: 15.05a

LFORM24

UST Form 101-7-TDR (9/1/2009) *(Page: 10)*